# Third District Court of Appeal

## State of Florida

Opinion filed May 4, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0861
Lower Tribunal No. 17-23846
_____


**Mark Thorkelson,**
Appellant,

vs.

**Soho House Beach House, LLC,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr and Lisa Walsh, Judges.

Mark Thorkelson, in proper person.

Wallen Kelley, and John D. Golden and Jennifer A. Golden, for appellee.


Before LOGUE, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.